UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>SHYAM LLC, a California limited liability company dba Best Western Fresno Inn,<br><br>Defendant. | No. 1:18-cv-00392-DAD-SKO<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Docs. 8, 9) |

On July 24, 2018, this Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute the case. (Doc. 8.) On July 29, 2018, Plaintiff filed a Notice of Voluntary Dismissal With Prejudice, in which Plaintiff notifies the Court of the dismissal of this action with prejudice. (Doc. 9.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DISCHARGES the July 24, 2018 Order to Show Cause and DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: __**August 1, 2018**__         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE